# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

ALEXANDRA ("SANDY") DIXON,

    Plaintiff,

v.                                Civil No. 01-155 WJ/DJS ACE

BOARD OF EDUCATION OF THE
ALBUQUERQUE PUBLIC SCHOOLS,
ALBUQUERQUE PUBLIC SCHOOL
DISTRICT, BRADFORD ALLISON, Ph.D.,
Superintendent of the Albuquerque Public Schools,
in his individual capacity, and BARBARA LYNN,
in her individual capacity,

    Defendants.

## MEMORANDUM OPINION AND ORDER

THIS MATTER comes before the Court upon Defendants' Motion for Summary Judgment on Plaintiff's Contract Claims, filed November 12, 2001 **(Doc. 42)**. The underlying basis for Plaintiff's state law claims of breach of contract, breach of good faith and fair dealing, and promissory estoppel stems from her reassignment from the position of Principal of the New Futures School to an Instructional Cluster Assistant.[1] As stated at a status conference held before the undersigned on August 6, 2002, the Court finds that genuine issues of fact remain for Plaintiff's contract claims.

**THEREFORE**,

**IT IS ORDERED** that Defendants' Motion for Summary Judgment on Plaintiff's Contract Claims **(Doc. 42)**, is hereby DENIED.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's federal constitutional claims were dismissed in a previous Memorandum Opinion and Order (Doc. 136).